JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

NFN NIKHIL,

        Petitioner,

vs.

KRISTI NOEM, et al.

        Respondent(s).

Case No. 5:26-cv-00861-SSS-SK

**JUDGMENT**

Pursuant to the Order Granting Petition for Writ of Habeas Corpus, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Petition is granted as to Petitioner's Claim for Relief under *Maldonado Bautista*. Respondents are enjoined from continuing to detain Petitioner unless he is provided with an individualized bond hearing—where the Government shall bear the burden to prove flight risk and danger by clear and convincing evidence—before an immigration judge pursuant to 8 U.S.C. § 1226(a) within 7 days of the date of this Order.

The Clerk of Court is directed to close this case.

DATED: March 27, 2026

_____
SUNSHINE S. SYKES
United States District Judge

1